UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAY ROBBINS,

    Plaintiff,

v.                                       Case No. 5:18cv175-TKW-EMT

SERGEANT FOGEL, et al.,

    Defendants.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 63). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that Defendants are entitled to summary judgment because the undisputed evidence shows that they were not deliberately indifferent to the substantial risk of serious harm allegedly faced by Plaintiff due to the actions of his cellmate.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions for summary judgment (Docs. 33, 48, 60) are **GRANTED**.

3. The Clerk shall enter judgment in favor of Defendants and close the case file.

**DONE and ORDERED** this 3rd day of February, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**